```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>     Plaintiff, )<br>         )<br>  v.     )<br>         )<br> DARDEN BAUMANN, )<br>         )<br>     Defendant. )<br>         )<br>_____ ) | 1:06-mj-00129 LJO<br><br>STIPULATION TO CONTINUE<br>GOVERNMENT'S RESPONSE TO<br>MOTION TO DISMISS, MOTION FOR<br>JUDGMENT OF ACQUITTAL PURSUANT<br>TO RULE 29 AND<br>[PROPOSED] ORDER |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States attorney for Plaintiff and TIMOTHY V. MAGILL, attorney for Defendant,

///

///

///

///

///

///

///

///

1

1  that the filing of Government's brief, currently scheduled due July 7,
2  2006 be continued to **August 1, 2006,** to be filed by noon, due to date
3  of filing of defendant's brief being extended two weeks and that Mr.
4  Boone will be on vacation from July 10 to July 21, 2006.

```
                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated: July 7, 2006          By    /S/Stanley A. Boone
                                   STANLEY A. BOONE
                                   Assistant U. S. Attorney


Dated: July 7, 2006                /s/Timothy V. Magill
                                   TIMOTHY V. MAGILL
                                   Attorney for Defendant
```

IT IS SO ORDERED.

**Dated:   July 14, 2006**                **/s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE