(SPACE BELOW FOR FILING STAMP ONLY)

1  **MARK W. COLEMAN, #117306**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR   Defendant,
                   DARDEN BAUMANN
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                              * * * * *
10
   UNITED STATES OF AMERICA,        Case Nos.: 1:06-CR-00395 OWW
11
            Plaintiff,
12
        vs.                         **CORRECTED**
13                                  **STIPULATION TO CONTINUE**
   DARDEN BAUMANN,                  **BRIEFING SCHEDULE**
14
            Defendant.
15

16

17    **IT IS HEREBY STIPULATED** by and between attorneys for the
18 respective clients that the Briefing Schedule be continued as
19 follows:
20    Appellant's Opening Brief due:    **March 5, 2007**
21    Appellee's Brief Due:             **March 26, 2007**
22    Appellant's Reply Brief due:      **March 30, 2007**
23    This continuance is requested by counsel for Defendant DARDEN
24 BAUMANN, due to the fact that counsel was informed by the court on
25 January 26, 2007, that there is no transcript of the July 25, 2005,
26 in In-Chambers Conference, as requested on the Transcript
27 Designation Form.  Counsel had received all transcripts, except the
28 In-Chambers Conference, on or about January 5, 2007.  Due to the

fact that there is no transcript of the In-Chamber Conference, and that Counsel received all transcripts on January 5, 2007, Appellant's Opening Brief would have been due on January 26, 2007.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Mark J. McKeon, who has no objection to this continuance.

DATED: February 12, 2007.

                                      NUTTALL & COLEMAN

                                      /s/ MARK W. COLEMAN

By: _____
    MARK W. COLEMAN
    Attorneys for Defendant,
    DARDEN BAUMANN

DATED: February 12, 2007.

                                      /S/ MARK J. MCKEON

By: _____
    MARK J. MCKEON
    Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

**Dated:   February 13, 2007**           /s/ Oliver W. Wanger
emm0d6                                                   UNITED STATES DISTRICT JUDGE

2