(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant,
                DARDEN BAUMANN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>DARDEN BAUMANN,<br><br>    Defendant. | Case Nos.: 1:06-CR-00395 OWW<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Briefing Schedule be continued as follows:

Appellant's Opening Brief due:   **April 2, 2007**

Appellee's Brief Due:            **April 23, 2007**

Appellant's Reply Brief due:     **April 27, 2007**

This continuance is requested by counsel for Defendant, DARDEN BAUMANN, due to the fact that counsel needs more time to prepare his opening brief. Counsel needs to finish reviewing the voluminous transcripts received in this case.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Mark J. McKeon, who has no objection to this continuance.

```
1  DATED: March 7, 2007.
2                                    NUTTALL & COLEMAN
3                                    /s/ MARK W. COLEMAN
4                           By:  _____
                                 MARK W. COLEMAN
5                                Attorneys for Defendant,
                                 DARDEN BAUMANN
6
   DATED: March 7, 2007.
7
8                                    /S/ MARK J. MCKEON
9                           By:  _____
                                 MARK J. MCKEON
10                               Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

**Dated:   March 9, 2007**              **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE